CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on April 14, 2020**

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 20–10243–PGH**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Jeffrey A. Daley
5 NE 16th Court
Fort Lauderdale, FL 33305

SSN: xxx–xx–7732

## FINAL DECREE

The trustee, Sonya Salkin Slott, having filed a final report that the estate has been fully administered, is discharged and the case is closed.