**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 20-10243 | Trustee Name: | Sonya S. Slott |
|---|---|---|---|
| Case Name: | DALEY, JEFFREY A. | Date Filed (f) or Converted (c): | 01/08/2020 (f) |
| For the Period Ending: | 09/30/2020 | §341(a) Meeting Date: | 02/06/2020 |
| | | Claims Bar Date: | 09/14/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2012 Mazda 6 140,000 miles | $1,859.00 | $0.00 | | $0.00 | FA |
| 2 | Bed, dresser, knick knacks | $200.00 | $0.00 | | $0.00 | FA |
| 3 | Cell phone, TV | $200.00 | $0.00 | | $0.00 | FA |
| 4 | Standard wardrobe | $100.00 | $0.00 | | $0.00 | FA |
| 5 | Wells Fargo Bank | $300.00 | $0.00 | | $0.00 | FA |
| 6 | Personal injury claim (u) | $0.00 | $1.00 | | $0.00 | $1.00 |

**Asset Notes:** Estimating a value could jeopardize litigation.

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $2,659.00 | $1.00 | | $0.00 | $1.00 |

**Major Activities affecting case closing:**

06/10/2020   1. The Trustee reopened the case to administer an unscheduled personal injury claim. Order granting application to employ special counsel entered. State court litigation pending. KC 9/11/2020
2. Claims bar date: 9/14/2020; claims ok. 9/29/2020 SSS
3. Tax return by Kapila if needed.

| Initial Projected Date Of Final Report (TFR): | 03/10/2022 | Current Projected Date Of Final Report (TFR): | 03/10/2022 | /s/ SONYA S. SLOTT |
|---|---|---|---|---|
| | | | | SONYA S. SLOTT |